IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CITIGROUP, INC., et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:03cv1142-T |
| JOHN GUILFORD, JR., | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 20) it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  DONE, this the 29th day of August, 2005.

                                           /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE